# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-50676
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
February 5, 2019

Lyle W. Cayce
Clerk

BRANDI K. STOKES,

      Plaintiff - Appellant

v.

TIMOTHY MARTIN SULAK,

      Defendant - Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:17-CV-1044

Before REAVLEY, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

    The Judgment of the District Court is affirmed for the reasons given by the District Judge, the Magistrate Judge, and the Appellees.

    AFFIRMED.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.